ALBIN BOENHARDT, Appellant, *v.* JACOB W. LOCH et al., Respondents.

*Boenhardt* v. *Loch,* 129 App. Div. 355, affirmed.
(Argued May 11, 1910; decided May 31, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 15, 1909, affirming a judgment in favor of plaintiff entered upon a dismissal of the complaint by the court on trial at Special Term in an action to compel distribution of a fund donated for the relief of sufferers from a public disaster.

*Charles Goldzier* and *Louis J. Vorhaus* for appellant.

*Charles A. Decker* and *Edward R. O'Malley, Attorney-General,* for respondents.

Judgment affirmed, without costs. Any relief the plaintiff seeks must be obtained by application in the action brought by these defendants, to which the attorney-general was a party, under the statute; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.